Exhibit A to the Complaint

**Location:** Brooklyn, NY  **IP Address:** 74.73.245.42
**Total Works Infringed:** 31  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FD900EB8F3360A69CCC5DD85107403EE12D76981 File Hash: D15ED4E9E94497C20EF46EE241F36EF8235A206B073E67D411822657419C7022 | 07/01/2024 02:04:07 | Tushy | 04/14/2024 | 05/08/2024 | PA0002470012 |
| 2 | Info Hash: EBFD6BCBAC2EFE92C256ED68CDCDA38BDED8ABB8 File Hash: E4A36291CD92DDA4E99AB98E126D43165B6DF8132383624DC9982B2C69735352 | 06/30/2024 00:21:15 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 3 | Info Hash: DACC0B74963286953DCDBE4E8EADD7A49630B0C3 File Hash: E12DEABFC9A8300DCDDF893A514A34AB46EEE59EB14F655C3CCB06FEAA728097 | 06/29/2024 23:35:04 | Vixen | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 4 | Info Hash: FFBCF58EF0CD8C81446C244EBEA22CC3F2BCD9D8 File Hash: 6C237DBE0A407654CB5E6BD74C8EE125F7C57FC7185B28244457431623F4C083 | 06/07/2024 21:01:06 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 5 | Info Hash: 061F599128A8F2C105A8DB17F0B76BB31A3F6C1C File Hash: 8DEFB71204A1F0FC51AA81D96D72AD73059A200185A31B123C692BBA10AFA105 | 05/31/2024 05:21:06 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |
| 6 | Info Hash: C936DA65EBE2509C5981096391F0E7F9DED22BB5 File Hash: C08CFE882FF23E645DA71B162329248FCB2BBBC55E3C12A2BB1C7C652E84A542 | 05/31/2024 02:08:01 | Slayed | 11/29/2022 | 01/05/2023 | PA0002394013 |
| 7 | Info Hash: EBB6090BAC153744C37D1B9D4F237837409DEA82 File Hash: B0B74932EBC50030A09A8F221F16A528F9D329E34464A38453B5B372B2A11007 | 05/30/2024 01:28:11 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 8 | Info Hash: 51AD718F76B85A4B2729A8C2477FFB156364454C File Hash: 63E89CBB06718E1E224A380CD0F5531510338A66E416D3055FB52440016622E6 | 05/13/2024 05:49:44 | Vixen | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 9 | Info Hash: F884A0046A4926165C1FAE25ECBBA8ED21B5AB47 File Hash: E0B6544B5A16DD60E96850DFFE9C57F7767A319028C2C2958EA0AA499AD5623C | 05/13/2024 05:47:02 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 10 | Info Hash: 7FC07FCF507BF019AD87BA5C70B01F907E3C36AA File Hash: 64A3E272948ABA0A5096C0BD7AF9DD0DAB13F7962B783E29475A2ABE3E000F37 | 05/12/2024 12:45:55 | Vixen | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 11 | Info Hash: DA2B912DC01CFE7F5A0E6587C753CB397D4220BB File Hash: 9FBE472F4012934D0CF3038F30EE8FFAF2DF5ACA8FD337576393D21820E6EFF9 | 04/05/2024 04:47:39 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3C24E69818639AFD263D4A4E8C622A55191032A5<br>File Hash: A27250D9F1960E9CDC3F19238C4064C8DC9B533AAE6B98C95633BEAA5DD6B67B | 03/31/2024 23:16:15 | Slayed | 02/20/2024 | 03/28/2024 | PA0002462498 |
| 13 | Info Hash: 6043DE17D58D57B5D9DA23EC6CBC538C75185AC5<br>File Hash: 5B03D841C9614918E69C4BCB450F0D86D43E8FA226F26B84EC6798B67E853A56 | 03/31/2024 20:01:33 | Vixen | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 14 | Info Hash: 21118CFE9535F29FD38F8978B4E8DD33A704E174<br>File Hash: 464C3CE9459E5AFD1A856694917A660CF7053A4E05C47A97CAFF57FA587FB6B2 | 03/31/2024 19:56:00 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 15 | Info Hash: 46F3A951750F66513AEBCB5DAE189AA231F04F55<br>File Hash: E932336EB57715DFDA6C7CDE70BA7521AD177694C601AFD6FB2BA849B9AE7324 | 03/04/2024 06:00:54 | Blacked | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 16 | Info Hash: 19D31A8C5F84AB218BB8D87B063931DE540F729D<br>File Hash: 407449617B1098F446570616B2328BE56F7AC181220F5DE9E0D71EC8C5AB33D8 | 02/19/2024 22:48:35 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 17 | Info Hash: 73EE3E17D6892CBF818A01ACA5638DD146D1F182<br>File Hash: 2842D43B7C2A76D19C667B49C6D834D2CF7E54516AD2133352E312C7E4228974 | 02/13/2024 11:10:18 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 18 | Info Hash: 3BE5D17CDA84AF7024DFFC2813E60A10FA26FDE5<br>File Hash: E107FE5B0C2F271022773C68B95D3C54B4711B161F17845644728711D61892D8 | 02/13/2024 06:08:55 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 19 | Info Hash: AA0429EBBE9E440CEACDBD0F1472DAC483E85145<br>File Hash: 202F42D4BA0AF1FAF53C250E1727F1B6551C2D12F068648D3D81A208C2D4B0C9 | 01/29/2024 05:31:16 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 20 | Info Hash: 7ABC000DA23867CE4EADCC23B53D3096F30BA84E<br>File Hash: 5DA7CD8A8839A55DB9019CA05FE3AEEE326F1423BAE2BEBD1C07B1987CC74185 | 01/27/2024 09:19:52 | Slayed | 06/27/2023 | 07/14/2023 | PA0002427522 |
| 21 | Info Hash: 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F<br>File Hash: 6835C1A6441FBAE9898A2B111A27114883EBE7CBE0E452062F4A71AF10D9029D | 01/27/2024 09:19:23 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 22 | Info Hash: F04090602829B9CECF6D249D1230B2CA987A051A<br>File Hash: D4BE129ABC8884776F892F610E05DB82964F38E922621A9D9D766D5EC6758BEA | 01/25/2024 23:33:41 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 23 | Info Hash: ED20F2FA64079CE7E8DDC7396A592752A949DE81<br>File Hash: 2D515FD1B8FE8554EE2738478F2672792CC1E1187F246C3E6F261B6356649388 | 01/25/2024 23:24:14 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0A2CED6A80772951B44561D6108AA88096E1A75C<br>File Hash: AD0C19D98ADC2D360C74817D5001C71B166D4418D0269A52D597514BF3A144D6 | 12/26/2023 21:04:00 | Tushy | 03/17/2017 | 06/05/2017 | PA0002050765 |
| 25 | Info Hash: 889381EE307BBEE5B6004C26595C6A45E38C8257<br>File Hash: 2BB417CD11947785CCC861346CAD58B5AE5B64E42CFF038516A40AF53D7606EB | 09/26/2023 03:44:41 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 26 | Info Hash: 8340EBD31C10365E5407D21282F5AD8A1D354E4B<br>File Hash: DE6A8F4B4BA0D4FB4F01222EEEF2B5CD21DBD18ABF13B5030477AFBD4BB1A9E2 | 09/08/2023 05:19:34 | Vixen | 11/18/2022 | 12/11/2022 | PA0002384397 |
| 27 | Info Hash: 3B788828643C6C96FB116117FF5AE6879D24963C<br>File Hash: DACE135E0C947EF89F9BFB1C919C091D74C0E4C0E9F15D67E648528152BA5B50 | 08/13/2023 18:22:26 | Slayed | 01/11/2022 | 02/03/2022 | PA0002341794 |
| 28 | Info Hash: 700D8BA6CFB86C1FCDB86824A983D260F0D3822A<br>File Hash: A50BF53F69F7148130AE7168E21ADC13FEE05340B4945038CB566D51A4050F30 | 08/13/2023 18:20:02 | Slayed | 11/11/2021 | 12/03/2021 | PA0002333373 |
| 29 | Info Hash: B7137F0E6B9983B93B0B3BB5F516F5DA0BB5538E<br>File Hash: 1BF3FCE0BB39AD4819B9B18700982DCE3D02388ED11D85C05069CEE2DBD9FA83 | 08/13/2023 18:17:12 | Tushy | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 30 | Info Hash: 2B9BBB3584F524E746D8B0FAF2F6538CD3EF82D8<br>File Hash: 8601ED83AC549B5C44434FAE761DA84DC46044CF3ADC1689E727B2A0507BC969 | 08/13/2023 18:08:18 | Vixen | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 31 | Info Hash: A511904C0C6D2A20FF954999B209800A9CE53CA0<br>File Hash: 365D9E360F95C9CD066E8D175492411BE2DFB49F07D6191FE3FDF10DFF7C93FA | 08/13/2023 18:07:07 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |